Dale K. Galipo (SBN 144074)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / dalekgalipo@yahoo.com

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.H., et al.,<br><br>        Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>        Defendant(s). | CASE NUMBER:<br><br>5:23-cv-01028-JGB-SHK<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that __Richard T. Copeland__ may serve as the Panel Mediator in the above-captioned case. __Renee V. Masongsong__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on __a date TBD__ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 11/15/2023           /s/ Dale K. Galipo
                            Attorney For Plaintiff  A.H., et al.

Dated: _____       _____
                            Attorney For Plaintiff  _____

Dated: 11/15/2023           /s/ Kayleigh Andersen
                            Attorney For Defendant  County of San Bernardino, et al.

Dated: _____       _____
                            Attorney For Defendant  _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)         STIPULATION REGARDING SELECTION OF PANEL MEDIATOR