1  Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
2  Kayleigh Andersen (State Bar No. 306442)
   *kayleigh.andersen@manningkass.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant, County of San
   Bernardino

8              **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  A.H. and H.H., in each case a minor, by      Case No. 5:23-cv-01028-JGB (SHKx)
    and through their guardian ad litem,
12  Crystal Hanson, individually and as           District Judge:  Jesus G. Bernal
    successor in interest to Shane Holland,       Magistrate Judge:  Shashi H.
13  deceased; C.H., a minor, by and through        Kewalramani
    her guardian ad litem, Reymi Updike,
14  individually and as successor in interest     **DECLARATION OF KAYLEIGH**
    to Shane Holland, deceased, and               **ANDERSEN IN SUPPORT OF**
15  PATRICIA HOLLAND, individually,               **DEFENDANTS' MOTION FOR A**
                                                   **TEMPORARY STAY OF**
16              Plaintiff,                          **DISCOVERY PENDING THE**
                                                   **CALIFORNIA DEPARTMENT OF**
17       v.                                        **JUSTICE CRIMINAL**
                                                   **INVESTIGATION**
18  COUNTY OF SAN BERNARDINO;
    JUSTIN LOPEZ and DOES 1-10,               Date:      January 8, 2024
19  inclusive                                 Time:      9:00 a.m.
                Defendant.                     Judge:     Jesus G. Bernal
20  _____          Crtrm:     1

21

22

23

24

25

26

27

28

**DEFENDANTS' MOTION FOR TEMPORARY STAY OF DISCOVERY PENDING THE CALIFORNIA
DEPARTMENT OF JUSTICE CRIMINAL INVESTIGATION**

# DECLARATION OF KAYLEIGH ANDERSEN

I, Kayleigh Andersen, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants County of San Bernardino and Officer Justin Lopez.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.  I make this declaration in support of Defendants County of San Bernardino and Officer Justin Lopez' Motion for a Temporary Stay of Discovery Pending the California Department of Justice Criminal Investigation.

2.     On November 20, 2023, I searched the California Department of Justice's ("CA DOJ") website to find information related to the officer-involved shooting investigation of Mr. Shane Holland's death.

3.     To try and determine an estimated timeframe in which these investigations are completed, I searched various articles and policies on the CA DOJ's website. While I did not find information related to the timeline of these investigations, I did find additional information on the California Police Shooting Investigation Team ("CaPSIT"), the team charged with conducting investigations into officer-involved shootings, cited in this motion at https://oag.ca.gov/bi/capsit. A true and correct copy of the article titled "California Police Shooting Investigation Team (CaPSIT) Program" is attached hereto as **Exhibit A**.

4.     I also searched the "Current Cases" page of the CA DOJ's website at https://oag.ca.gov/ois-incidents/current-cases to find the list of currently pending investigations. Accordingly, the website confirms that Mr. Holland's case is currently under investigation. A true and correct copy of the CA DOJ's current officer-involved shooting investigations is attached hereto as **Exhibit B**.

5.     In an additional attempt to obtain an estimated timeframe in which the investigation regarding Mr. Holland's death would be completed, Defendants

**DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DISCOVERY PENDING THE CALIFORNIA DEPARTMENT OF JUSTICE CRIMINAL INVESTIGATION**

1  contacted the CA DOJ. Unfortunately, the department was unable to provide any

2  such timeline.

3        6.     Additionally, I reviewed the CA DOJ's case archive of closed cases

4  which I found at the website https://oag.ca.gov/ois-incidents/case-archive on

5  November 20, 2023. A true and correct copy of the CA DOJ's case archive of officer

6  involved shooting investigations is attached hereto as **Exhibit C**.

7        7.     I then clicked on each of the four archived cases to determine when the

8  reports were issued and determined that the time it takes the CA DOJ to complete its

9  officer-involved shooting investigations has ranged from 16 months to 25 months.

10  The following information is true and accurate as calculated to the best of my ability

11  on November 20, 2023:

12            A.     Case BI-LA2021-00017:
                  Opened: July 15, 2021

13                    Report Issued: November 2022
                  Investigation Length:  16 months

14

15            B.     Case BI-LA2021-00021
                  Opened: August 21, 2021

16                    Report Issued: January 2023
                  Investigation Length:  17 months

17            C.     Case BI-LA2021-00027
                  Opened: September 28, 2021

18                    Report Issued: May 2023
                  Investigation Length:  18 months

19

20            D.     Case BI-RI2021-00030
                  Opened: September 28, 2021

21                    Report Issued: November 2023
                  Investigation Length:  25 months

22        8.     The CA DOJ website provides that four reports have been issued

23  indicated that these investigations are now closed. As of this date, there are only

24  thirteen cases preceding the investigation into the death of Mr. Shane Holland. **See**

25  **Exhibit B at pp. 8-10**.

26        9.     Prior to filing the instant motion, I informed Plaintiffs' Counsel that

27  Defendants intended to seek a stay of discovery as to Defendant Officer Justin

28  Lopez. Subsequently, our office sent a formal meet and confer letter on October 19,

**DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DISCOVERY PENDING THE CALIFORNIA**
**DEPARTMENT OF JUSTICE CRIMINAL INVESTIGATION**

2023, describing in detail the grounds upon which a motion would be brought seeking the same. A true and correct copy of the meet and confer letter our office sent is attached hereto as **Exhibit D**.

10.     On October 26, 2023, Plaintiffs' Counsel, Ms. Renee Valentine advised Defendants that Plaintiffs would not agree to a stay. A true and correct copy of Plaintiffs' Counsel's email declining to agree to a stay is attached hereto as **Exhibit E**.

11.     In an effort to provide Plaintiffs with requisite discovery, while protecting Defendants' interests, particularly Defendant Officer Justin Lopez's rights, Defendants offered to enter into a Stipulated Protective Order with Plaintiffs and agreed to produce certain records pursuant to that agreement.

12.     As such, the parties entered a Stipulated Protective Order on or about October 26, 2023. Subsequently, and pursuant to this protective order, Defendants on November 3, 2023, produced a substantial amount of evidence to Plaintiff including, but not limited to: (1) Defendant Officer Lopez's belt recording of the incident; (2) the transcript of the belt recording; (3) Officer Rios' belt recordings 1 and 2; (4) Officer Hillebrand's belt recordings 1, 2, and 3; (5) Deputy Rivas' belt recording; (6) photos of the scene and evidence; (7) the homicide investigation by San Bernardino's Sheriff's Officer, including reports, and CCTV video from the surrounding area; (8) Post Profile re: Lopez, J.; (9) San Bernardino Sheriff's Department Manual Master; (10) Interview of Robert Hanson and transcript of the same; (11) Interviews of Srgt. Rios, Dep. Hillebrand; (12) Coroner Investigation; (13) autopsy and corresponding reports; (13) numerous other reports, including the Initial Incident Report and supplemental reports. Additional evidence was produced and is listed in full in Defendants First Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 25(A)(1) served to Plaintiffs on November 3, 2023.

13.     Defendants now seek a temporary stay of discovery as to Defendant Officer Justin Lopez to protect his rights and prohibit infringement.

**DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DISCOVERY PENDING THE CALIFORNIA DEPARTMENT OF JUSTICE CRIMINAL INVESTIGATION**

1    I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3    Executed on this 30th day of November, 2023, at Los Angeles, California.

5                                          /s/ Kayleigh Andersen
                                         Kayleigh Andersen

**DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DISCOVERY PENDING THE CALIFORNIA DEPARTMENT OF JUSTICE CRIMINAL INVESTIGATION**

# EXHIBIT A



**Subscribe to Our Newsletter**

Enter your email | Subscribe



## ROB BONTA
*Attorney General*

# California Police Shooting Investigation Team (CaPSIT) Program

Home / Law Enforcement / Bureau of Investigation / *California Police Shooting Investigation Team (CaPSIT) Progr…*

On September 30, 2020, Assembly Bill (AB) 1506 was signed into law, which required the California Department of Justice (DOJ) to investigate all incidents of an officer involved shooting (OIS) resulting in the death of an unarmed civilian. This mandate went into effect on July 1, 2021. The Division of Law Enforcement's (DLE) California Police Shooting Investigation Team (CaPSIT), working collaboratively with the respective local law enforcement agency, will be responsible for the criminal AB 1506 investigation from the inception to the conclusion. The investigation will include the totality of the circumstances and analysis per California Penal Code § 835a, along with legal review by the California Attorney General's Office.

All AB 1506 investigations shall be conducted as fact-based investigations built on the foundations of objectivity and transparency. The CaPSIT will utilize to the fullest capacity those leading investigative techniques and technological resources to ensure the highest OIS investigative industry standards. Such investigations can often last unabated for several days or longer depending on the circumstances involved in each

unique situation. The goal of the CaPSIT program is to produce the most comprehensive, thorough, accurate and timely investigation possible which can be confidently relied upon by all Californians.

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer

© 2023 DOJ

# EXHIBIT B



**Subscribe to Our Newsletter**

Enter your email | Subscribe



# ROB BONTA
*Attorney General*

# Current Cases

**Current Cases Under Review by the California Department of Justice**

Pursuant to California Assembly Bill 1506 (AB 1506), the California Department of Justice is required to investigate all incidents of an officer-involved shooting resulting in the death of an unarmed civilian in the state. The California Department of Justice will investigate and review for potential criminal liability all such incidents.

All cases currently being handled by the California Department of Justice under AB 1506 will be listed here as soon as possible. During the immediate aftermath of a critical incident, the initial point of contact will typically be the local responding agency.

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2023-00057 | **Date:** 11/19/2023<br>**Decedent:** Unidentified<br>**Agency:** California Highway Patrol<br>**Location:** I-105/Wilmington Exit, Lynwood, Los Angeles County | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2023-00017 | **Date:** 11/11/2023<br>**Decedent:** Jaime Valdez<br>**Agency:** Fontana Police Department<br>**Location:** 7197 Big Sur Street, Fontana, San Bernardino County<br>**Involved Officer:** Alex Yanez | Under Investigation |
| BI-LA2023-00053 | **Date:** 10/29/2023<br>**Decedent:** Abigail Crystal Lopez<br>**Agency:** Anaheim Police Department<br>**Location:** Anaheim Boulevard & Ball Road, Anaheim | Under Investigation |
| BI-SF2023-00013 | **Date:** 09/17/2023<br>**Agency:** California Highway Patrol<br>**Location:** Humboldt County in the City of Hoopa | Under Investigation |
| BI-SA2023-00068 | **Date:** 09/11/2023<br>**Agency:** Stockton Police Department<br>**Location:** Intersection of N Pershing Ave & W Fremont St Stockton, CA 95203<br>**Involved Officer:** Marcos Alonzo | Under Investigation |
| BI-RI2023-00011 | **Date:** 08/31/2023<br>**Decedent:** Elizandro Vargas<br>**Agency:** El Centro Police Dept.<br>**Location:** 1900 Block of Ocotillo Drive, El Centro<br>**Involved Officer:** Adrian Hirales | Under Investigation |
| BI-SF2023-00012 | **Date:** 08/18/2023<br>**Decedent:** Tahmon Wilson<br>**Agency:** Martinez Police Department<br>**Location:** 4808 Sunrise Drive, Martinez, CA<br>**Involved Officer:** Cole Bennett, Alexander Tirona, Marc Kahue, Raul Ceja-Mendez | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-SA2023-00048 | **Date:** 07/03/2023<br>**Agency:** California Highway Patrol and Alameda County Sheriff's Office<br>**Location:** 1600 Block 163rd Avenue at Liberty Street, Ashland, Alameda County | Under Investigation |
| BI-LA2023-00020 | **Date:** 05/27/2023<br>**Agency:** Burbank Police Department<br>**Location:** 1200 S. Flower Street, Burbank<br>**Involved Officer:** Peter Choi, Jose Placencia, Geovanni Fabian | Under Investigation |
| BI-LA2023-00018 | **Date:** 04/28/2023<br>**Decedent:** Michael Owens<br>**Agency:** Oxnard Police Department<br>**Location:** 235 E. 17th Street, Oxnard<br>**Involved Officer:** Manuel Garcia | Under Investigation |
| BI-SF2023-00006 | **Date:** 04/29/2023<br>**Decedent:** Jesus Guzman Jr.<br>**Agency:** California Highway Patrol<br>**Location:** I-5 Southbound / County Road 33, Glenn County<br>**Involved Officer:** Steve Bryant | Under Investigation |
| BI-SF2023-00037 | **Date:** 04/16/2023<br>**Decedent:** Joel Villegas<br>**Agency:** Tulare Police Department<br>**Location:** Bardsley Avenue and Vetter Street, Tulare<br>**Involved Officer:** Daniel Bradley, Adan Barragan | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-SF2023-00005 | **Date:** 04/13/2023<br>**Decedent:** Elmer Lopez-Castaneda<br>**Agency:** Newark Police Dept. and Fremont Police Dept. (Alameda County)<br>**Location:** 39150 Cedar Boulevard (Cedar Boulevard and Mowry Avenue), Newark<br>**Involved Officer:** Thomas Degenstien, Anthony Piol, Jessie Hartman, and Trevor Damewood | Under Investigation |
| BI-LA2023-00013 | **Date:** 04/05/2023<br>**Decedent:** Victor Eduardo Nava<br>**Agency:** Southgate Police Department<br>**Location:** 5600 Block District Boulevard, Vernon (Los Angeles County) | Under Investigation |
| BI-RI2023-00006 | **Date:** 03/18/2023<br>**Decedent:** Guillermo Huerta<br>**Agency:** Bakersfield Police Department<br>**Location:** Bakersfield, Kern County<br>**Involved Officer:** Bradley Mouser | Under Investigation |
| BI-LA2023-00010 | **Date:** 03/12/2023<br>**Decedent:** Kyle Sostek<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Big Bear, San Bernardino County<br>**Involved Officer:** Samuel Fuller | Under Investigation |
| BI-SF2023-00002 | **Date:** 03/04/2023<br>**Decedent:** Roberto Corchado<br>**Agency:** Fresno Police Department<br>**Location:** Fresno, California<br>**Involved Officer:** Bryce Hammond and Luke Tran | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2023-00008 | **Date:** 02/10/2023<br>**Decedent:** Austin Heiselman<br>**Agency:** Fullerton Police Department<br>**Location:** La Habra, California<br>**Involved Officer:** Nicholas Ashman, Mathew Green, Joshua Walker, and Juan Arenas | Under Investigation |
| BI-SA2023-00022 | **Date:** 02/09/2023<br>**Decedent:** David Lawrence Couch III<br>**Agency:** California Highway Patrol<br>**Location:** Redding, California<br>**Involved Officer:** Ryan Cates | Under Investigation |
| BI-LA2023-00005 | **Date:** 01/22/2023<br>**Decedent:** Charles Robert Towns<br>**Agency:** Los Angeles County Sheriff's Department<br>**Location:** Altadena, California<br>**Involved Officer:** Clarissa Prentice and Eliezer Morales | Under Investigation |
| BI-LA2023-00004 | **Date:** 01/11/2023<br>**Decedent:** Christopher Lee Mercuio<br>**Agency:** Los Angeles County Sheriff's Department<br>**Location:** Santa Clarita, California<br>**Involved Officer:** Lorena Gonzalez | Under Investigation |
| BI-RI2023-00001 | **Date:** 01/11/2023<br>**Decedent:** Samuel Arredondo<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Joshua Tree, California<br>**Involved Officer:** Aimee Coakley and Tyler Gilbert | Under Investigation |

11/20/23, 3:53 PM    Current Cases | State of California - Department of Justice - Office of the Attorney General
Case 5:23-cv-01028-JGB-SHK   Document 26-1   Filed 11/30/23   Page 15 of 30   Page ID
#:217

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2022-00091 | **Date:** 12/20/2022<br>**Agency:** Bakersfield Police Department<br>**Location:** Bakersfield, California<br>**Involved Officer:** Andrew Ferguson, James King, Chad Rogers, Cortez Summit, Anthony Flores, Nicholas Ashby, Dominic Ramirez, and Scott Lazenby | Under Investigation |
| BI-LA2022-00049 | **Date:** 12/18/2022<br>**Decedent:** Guillermo Medina<br>**Agency:** Culver City Police Department<br>**Location:** Culver City, California<br>**Involved Officer:** Adam Rios | Under Investigation |
| BI-SF2022-00016 | **Date:** 12/17/2022<br>**Decedent:** Victor Marquez Melendez<br>**Agency:** Woodlake Police Department<br>**Location:** Exeter, California<br>**Involved Officer:** Chris Kaious and Juan Gonzales | Under Investigation |
| BI-LA2022-00046 | **Date:** 12/08/2022<br>**Decedent:** John Ray Romero<br>**Agency:** San Diego Police Department<br>**Location:** San Diego, California<br>**Involved Officer:** Gregory Bergman, Jonathan Estrada, and Michael Thornton | Under Investigation |
| BI-LA2022-00038 | **Date:** 09/27/2022<br>**Decedent:** Savannah Graziano and Anthony John Graziano<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Hesperia, California | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2022-00035 | **Date:** 09/17/2022<br>**Decedent:** Luis Herrera<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** Luis Navarette | Under Investigation |
| BI-LA2022-00027 | **Date:** 07/27/2022<br>**Decedent:** Marcos Maldonado<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** David Gillardo and Alonso Vasques | Under Investigation |
| BI-RI2022-00022 | **Date:** 07/22/2022<br>**Decedent:** Jay Jackson<br>**Agency:** Riverside County Sheriff's Department<br>**Location:** Moreno Valley, California<br>**Involved Officer:** Robert Carrasco | Under Investigation |
| BI-LA2022-00025 | **Date:** 07/15/2022<br>**Decedent:** Trent William Millsap<br>**Agency:** Westminster Police Department<br>**Location:** Anaheim, California<br>**Involved Officer:** Miguel Gradilla and Alejandro Lopez | Under Investigation |
| BI-SF2022-00007 | **Date:** 07/13/2022<br>**Decedent:** Curtis Dale Barnett<br>**Agency:** Salinas Police Department<br>**Location:** Salinas, California<br>**Involved Officer:** Gabriel Garcia, Alejandro Jimenez, Eduardo Bejarano, and Jordy Urrutia | Under Investigation |
| BI-LA2022-00022 | **Date:** 06/21/2022<br>**Decedent:** Darnell Trevon Travis<br>**Agency:** Fontana Police Department<br>**Location:** Fontana, California<br>**Involved Officer:** Alex Millian | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2022-00020 | **Date:** 06/21/2022<br>**Decedent:** Earl Shane Holland<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Adelanto, California<br>**Involved Officer:** Justin Lopez | Under Investigation |
| BI-SF2022-00004 | **Date:** 05/19/2022<br>**Decedent:** Rafael Mendoza and Michael MacFhionghain<br>**Agency:** San Francisco Police Department<br>**Location:** San Francisco, California<br>**Involved Officer:** Aidan O'Driscoll, Daniel Rosaia, Trent Collins, and Joshua Dequis | Under Investigation |
| BI-SF2022-00003 | **Date:** 05/19/2022<br>**Decedent:** Austin Flores<br>**Agency:** Fresno Police Department<br>**Location:** Fresno, California<br>**Involved Officer:** Christopher Cooper | Under Investigation |
| BI-LA2022-00016 | **Date:** 05/04/2022<br>**Decedent:** John Joseph Alaniz<br>**Agency:** California Highway Patrol<br>**Location:** Paramount, California<br>**Involved Officer:** Ramon Silva | Under Investigation |
| BI-LA2022-00013 | **Date:** 04/09/2022<br>**Decedent:** Daniel Luis Valdivia<br>**Agency:** Covina Police Department<br>**Location:** Covina, California<br>**Involved Officer:** Vanessa Cardoza, David Meadows, and Billy Sun | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2022-00011 | **Date:** 04/07/2022<br>**Decedent:** Travis Shane Tarrants<br>**Agency:** Fontana Police Department<br>**Location:** Fontana, California<br>**Involved Officer:** Brandon Gossert, Johnsull Doakes, Joshua Nassar, Jociento DeLeon, and Leonard Sein | Under Investigation |
| BI-LA2022-00009 | **Date:** 02/17/2022<br>**Decedent:** Pedro Morales Lopez<br>**Agency:** Los Angeles County Sheriff's Department<br>**Location:** Norwalk, California<br>**Involved Officer:** Giovanni Lampignano | Under Investigation |
| BI-RI2022-00003 | **Date:** 01/18/2022<br>**Decedent:** Joseph Thomas Tracy<br>**Agency:** Riverside County Sheriff's Department, Hemet Police Department, and Riverside Police Department<br>**Location:** Hemet, California<br>**Involved Officer:** Chris Porrazzo, Josh Smith, Art Paez, and Richard Kerr | Under Investigation |
| BI-SF2022-00001 | **Date:** 01/20/2022<br>**Decedent:** Nelson Szeto<br>**Agency:** San Francisco Police Department<br>**Location:** San Francisco, California<br>**Involved Officer:** Steven Uang, Oliver Lim, David Wakayama, and Erik Whitney | Under Investigation |
| BI-LA2021-00036 | **Date:** 12/23/2021<br>**Decedent:** Valentina Orellana Peralta and Daniel Abisai Elena Lopez<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** William Jones | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-SF2021-00013 | **Date:** 12/10/2021<br>**Decedent:** Guadalupe Zavala<br>**Agency:** Antioch Police Department<br>**Location:** Antioch, California<br>**Involved Officer:** Scott Duggar, Theodore Chang, Ryan McDonald, and Eric Rombough | Under Investigation |
| BI-RI2021-00023 | **Date:** 07/26/2021<br>**Decedent:** Samuel Soto<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** Eduardo Martinez and David Foci | Under Investigation |
| BI-LA2021-00019 | **Date:** 08/09/2021<br>**Decedent:** Luis Manuel Garcia-Arias<br>**Agency:** Tustin Police Department<br>**Location:** Tustin, California<br>**Involved Officer:** Estela Silva | Under Investigation |
| BI-RI2021-00024 | **Date:** 08/07/2021<br>**Decedent:** Che Noe Zuniga<br>**Agency:** Bakersfield Police Department<br>**Location:** Bakersfield, California<br>**Involved Officer:** Carson Puryear, Scott Mann, Joshua Pena, Chad Dickson, and Desmond Ramseur | Under Investigation |

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer

© 2023 DOJ

# EXHIBIT C



 Subscribe to Our Newsletter    Enter your email    Subscribe



## ROB BONTA
*Attorney General*

# Case Archive

**Cases Previously Reviewed by the California Department of Justice**

Pursuant to California Assembly Bill 1506 (AB 1506), the California Department of
Justice is required to investigate all incidents of an officer-involved shooting resulting in
the death of an unarmed civilian in the state. Historically, these critical incidents in
California had been primarily handled by local law enforcement agencies and the
state's 58 district attorneys. Cases where the California Department of Justice has
completed its review under AB 1506 are listed below.

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2021-00030 | **Date:** 09/28/2021<br>**Decedent:** Brandon Anthony Lopez<br>**Agency:** Anaheim Police Department<br>**Location:** Santa Ana, California<br>**Involved Officer:** Kenneth Weber, Brett Heitman, Catalin Panov, and Paul Delgado | Report Issued |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2021-00027 | **Date:** 09/28/2021<br>**Decedent:** Leonel Chavez<br>**Agency:** California Highway Patrol<br>**Location:** Los Angeles, California<br>**Involved Officer:** Daniel Castaneda | Report Issued |
| BI-LA2021-00021 | **Date:** 08/21/2021<br>**Decedent:** Juan Luis Olvera-Preciado<br>**Agency:** Guadalupe Police Department<br>**Location:** Guadalupe, California<br>**Involved Officer:** Miguel Jaimes | Report Issued |
| BI-LA2021-00017 | **Date:** 07/15/2021<br>**Decedent:** Matthew James Sova<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** Christopher Tabela and Isaiah Galvez | Report Issued |

# EXHIBIT D

| **From:** | Sandra I. Alarcon |
|---|---|
| **Sent:** | Thursday, October 19, 2023 1:42 PM |
| **To:** | dalekgalipo@yahoo.com; jim@talktoterrell.com; sharonjbrunner@yahoo.com |
| **Cc:** | Eugene P. Ramirez; Kayleigh Andersen; Lacey Sipsey |
| **Subject:** | A.H., et al (PC) Meet-Confer Motion for Temporary Stay [900-59300] |
| **Attachments:** | PC.001.Meet-Confer Motion for Temporary Stay Letter.Defts.101923.pdf |

To All:

Please see attached Meet and Confer Letter Motion for Temporary Stay.  Thank you.


**Sandra I. Alarcon**
Legal Assistant



801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 Ext.: 2461
Sandra.Alarcon@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP



STEVEN D. MANNING
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
FREDRIC W. TRESTER
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO *
BRIAN T. MOSS †
JEFFREY M. LENKOV
MARGUERITE L. JONAK *
MICHAEL L. SMITH
LOUIS W. PAPPAS
EUGENE J. EGAN
CLIFFORD A. CLANCEY
R. ADAM ELLISON
JASON J. MOLNAR *
DAVID V. ROTH
JEANETTE L. DIXON
DAVID R. REEDER*
RICHARD G. GARCIA
ANTHONY CANNIZZO
KATHLEEN A. HUNT *
STEVEN J. RENICK
D. HIEP TRUONG
JANET D. JOHN *
SHARON S. JEFFREY
KENNETH S. KAWABATA
LALO GARCIA
JONATHAN J. LABRUM *
KAREN LIAO
MATTHEW E. KEARL
RODRIGO J. BOZOGHLIAN
GRETHCHEN COLLIN
LYNN CARPENTER *
CHRISTOPHER KANJO
ROBERT E. MURPHY *
JASON J. DOSHI
EMILY EDWARDS

DAVID R.RUIZ
CRAIG SMITH
JONATHAN HACK*
EMILY ELLSE
ERIC WAHRBURG
SEAN DOWSING
DANIEL B. HERBERT *
MARK A. HAGOPIAN
DONALD R. DAY *
JOHN M. HOCHHAUSLER
CHRISTOPHER DATOMI
ROLAND TONG
STEVEN W. DELATEUR
WILLIAM KELSBERG
DANIEL SULLIVAN
ANDREA KORNBLAU
NATALYA VASYUK
MARK WILSON
KELSEY NICOLAISEN
KIRSTEN BROWN
TIFFANY HENDERSON
SALLY FREEMAN*
CHRISTINE LA VORGNA
LIZETTE ALVARADO
ELLEN BURACH-ZION
EVGENIA JANSEN
ANTOINETTE MARINO*
GLENN JOHNSTON
RICHARD MCKIE
DANE CUMMARO
CHRISTINA TAPIA
S. CHRISTIAN ANDERSON
JOSEPH GORDON
COURTNEY NAKATANI
KIRK J. EDSON
MARK SENIOR
MIRIAM ORTIZ
KRISTINE RIZZO
JOANA COLOMA
RICHARD MOJICA

LOAN DAO
CHANDRA CARR
MICHELLE J. MARTIN
DEANN RIVARD
DEREK G. BREDEFELD
OLESYA MIKHAYLOVA
ROYA FOHRER
SOPHIE O. LAFRANCHI
KAYLEIGH ANDERSEN
LINNA LOANGKOTE
JAMIE COOPERMAN
MORGAN TRENARY
JAMES A. HARRIS
MICHAEL BRAVE
GABRIELLA PEDONE
TIFFANY SCHRABIAN
JESSICA BECERRA
DAVID ALPERN
NATALIE PORTONE
ELISSA BALLEW
ANDREW RAZMA
LISA IVERSEN
DANIEL KNIERIM
HANNAH ELLENHORN
LACEY SIPSEY
JONATHAN KOEHLE
TANYA PROUTY
ADAM AFSAR
ANNA KARTOSHKINA
KRISTINA ROSS
JOSEPH ESCAREZ
NICOLE JONES
AMANDA WILBUR
TANNER LONDON
FIONA MILLER
LISA MARTINELLI
MAYA SORENSEN
PETYA HRABAR
WILLIAM NELSON

PAMELA ACEBO
ELLARIE HERNANDEZ
LINDSAY LE
VICTORIA TREPANY
DORIS YOUMARA
VASUDHA PUROHIT
ELIKA ZIAEI
NICHOLE SANTIAGO
ISHA GULATI
ROBERT JONES
DANIEL VIZCARRONDO
VIJAY PATEL
RIANE BRIONES
JALESSA ALMONACY
TWIGGY ALVAREZ
NATALIE ORTIZ
YURY KOLESNIKOV
BEAR ALLEN-BLAINE

OF COUNSEL
JOHN D. MARINO*
AARI MARKOW
TRISHA NEWMAN
MICHAEL A. WEISMANTEL
MARISA ZARATE
CAROL ROHR
KRISTOFER BUNDY
CHARLES MOLLIS
GEOFFREY PLOWDEN

*    Admitted in Multiple
     Jurisdiction
†    Admitted to Practice Law in
     Arizona only

**MANNING | KASS**

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3012
Tel:  (213) 624-6900
Fax:  (213) 624-6999
ManningKass.com

October 19, 2023

**VIA E-MAIL**

Dale K. Galipo, Esq.
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
E-Mail: dalekgalipo@yahoo.com

James S. Terrell, Esq.
Law Office of James S. Terrell
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
E-Mail: jim@talktoterrell.com

Sharon J. Brunner, Esq.
Law Office of Sharon J. Brunner
14393 Park Ave., Suite 100
Victorville, CA 92392
Tel: (760) 243-9997
E-Mail: sharonjbrunner@yahoo.com

Re:   **A.H., et al. v. County of San Bernardino, *et al*. – Case No. 5:23-cv-01028**
      **Defendants' Motion to Stay**

Dear Counsel:

In accordance with Local Rule 7-3, we are writing to meet and confer with you prior to Defendants County of San Bernardino ("County") and Officer Justin Lopez ("Officer Lopez") (collectively, "Defendants") filing a motion for temporary stay of proceedings pending the California Department of Justice Investigation.

Defendants will move the Court for an Order temporary staying discovery against Defendant Officer Lopez. The grounds for this permitting civil discovery while a criminal investigation is pending would prejudice the individual officer defendants, who may be forced to choose between asserting their Fifth Amendment rights and being subjected to liability in the civil case.

**DALLAS**
901 Main Street, Ste 6530
Dallas, TX 75202
(214) 953-7669

**NEW YORK**
100 Wall Street, Ste 700
New York, NY 10005
(212) 858-7769

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Ste 1200
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
One California Street, Ste 900
San Francisco, CA 94111
(415) 217-6990

Dale K. Galipo, Esq.
James S. Terrell, Esq.
Sharon J. Brunner, Esq.
**Re:   Defendants' Motion to Stay**
October 19, 2023
Page 2



First, absent a stay of discovery, it is highly likely that Defendant Officer Lopez's Fifth Amendment right against self-incrimination will be severely infringed.

Second, should Defendants be forced to begin producing information and records, that disclosure could put potential witnesses and suspects in danger and compromise the integrity of the CA DOJ investigation. This would result in a miscarriage of justice.

Third, given the pending nature of the CA DOJ investigation, any discovery pertaining to this incident would be the subject to the ongoing CA DOJ investigation, and thus privileged from disclosure under federal law.

Finally, Plaintiffs should not be prejudiced by a temporary, narrowly-drawn stay considering litigation can proceed against Defendant County.

The Court has inherent authority to stay any action within its jurisdiction. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). This power may be properly exercised in order to defer civil proceedings pending the outcome of related criminal proceedings whenever "the ends of justice seem to require such an action." *United States v. Kordel*, 397 U.S. 1, 12, n.27 (1970). The Court will take into consideration the *Keating* factors to determine whether a stay of discovery and/or proceedings is warranted. *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir.1995). These factors include:

(1)   the interest of the plaintiffs in proceeding expeditiously with this litigation or any particular aspect of it, and the potential prejudice to plaintiffs of a delay;

(2)   the burden which any particular aspect of the proceedings may impose on defendants;

(3)   the convenience of the court in the management of its cases, and the efficient use of judicial resources;

(4)   the interests of the public in the pending civil and criminal litigation.

Defendants fully meet the factors outlined above. Defendants believe the Court will grant this request given that the burden imposed upon Defendant Officer Lopez in regards to his Fifth Amendment rights greatly outweighs any potential prejudice to Plaintiffs.

For the reasons described above, Defendants respectfully request that Plaintiffs stipulate to a stay of discovery as related to Defendant Officer Lopez until the California Department of Justice investigation is complete. This will prevent the parties from unnecessarily litigating formal motions before the Court and wasting resources.

However, should Plaintiffs decline to stipulate to such a narrowly drawn stay, Defendants will move the Court for an Order in accordance with the request above.

Dale K. Galipo, Esq.
James S. Terrell, Esq.
Sharon J. Brunner, Esq.
**Re:     Defendants' Motion to Stay**
October 19, 2023
Page 3



     Please respond to this letter and let me know if Plaintiffs intend to stipulate to Defendants' request for a temporary stay. If Plaintiffs do not agree to stipulate to Defendants' request, please respond to this letter and advise when you are available to further discuss the issues raised herein as prescribed by L.R. 7-3.

     Very truly yours,

     **MANNING | KASS**

     *Kayleigh Andersen*

     Kayleigh Andersen, Esq.

KAA/lns

# EXHIBIT E

| | |
|---|---|
| **From:** | rvalentine@galipolaw.com |
| **Sent:** | Thursday, October 26, 2023 8:52 AM |
| **To:** | Kayleigh Andersen |
| **Cc:** | Lacey Sipsey |
| **Subject:** | RE: A.H., et al (PC) Meet-Confer Motion for Temporary Stay [900-59300] |

Hi Kayleigh,

Thanks for reaching out.  After checking with Dale, █████████████████████████████████, but would not agree to a stay.  ████████████████████████████████████.

Renee

---

**From:** Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>
**Sent:** Thursday, October 26, 2023 8:21 AM
**To:** rvalentine@galipolaw.com
**Cc:** Lacey Sipsey <Lacey.Sipsey@manningkass.com>
**Subject:** FW: A.H., et al (PC) Meet-Confer Motion for Temporary Stay [900-59300]

Good morning Renee,

I see you were not on the original email with our meet and confer letter. I am hoping to speak with you either today or tomorrow about our anticipated motion to stay. Please let me know if you have any time in the next two days.

Thank you,
Kayleigh

**Kayleigh Andersen**
Partner



801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 | Ext.: 2447
Direct: (213) 553-2447
Kayleigh.Andersen@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>
**Sent:** Thursday, October 19, 2023 1:42 PM

**To:** dalekgalipo@yahoo.com; jim@talktoterrell.com; sharonjbrunner@yahoo.com
**Cc:** Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Kayleigh Andersen <Kayleigh.Andersen@manningkass.com>; Lacey Sipsey <Lacey.Sipsey@manningkass.com>
**Subject:** A.H., et al (PC) Meet-Confer Motion for Temporary Stay [900-59300]

To All:

Please see attached Meet and Confer Letter Motion for Temporary Stay.  Thank you.

**Sandra I. Alarcon**
Legal Assistant



801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900 Ext.: 2461
Sandra.Alarcon@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP