1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H. and H.H., in each case a minor, by and through their guardian ad litem, Crystal Hanson, individually and as successor in interest to Shane Holland, deceased; C.H., a minor, by and through her guardian ad litem, Reymi Updike, individually and as successor in interest to Shane Holland, deceased, and PATRICIA HOLLAND, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; JUSTIN LOPEZ and DOES 1-10, inclusive<br><br>Defendant. | Case No. 5:23-cv-01028-JGB (SHKx)<br><br>District Judge: Jesus G. Bernal<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A TEMPORARY STAY OF DISCOVERY PENDING THE CALIFORNIA DEPARTMENT OF JUSTICE CRIMINAL INVESTIGATION**<br><br>Date:   January 8, 2024<br>Time:   9:00 a.m.<br>Judge:  Hon. Jesus G. Bernal<br>Crtrm:  1 |

Defendants County of San Bernardino and Officer Justin Lopez's Motion for a Temporary Stay of Discovery Pending the California Department of Justice Criminal Investigation came on for hearing before this Court on December 18, 2023. After full consideration of the matter, this Court finds as follows:

**IT IS HEREBY ORDERED** that Defendants' Motion for Temporary Stay of Discovery Pending the California Department of Justice Criminal Investigation is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that all discovery, discovery motions, and discovery related matters related to Defendant Officer Justin Lopez be stayed until the California Department of Justice has completed its investigation.

**IT IS SO ORDERED.**

Dated: _____

Hon. Jesus G. Bernal
United States District Court Judge

Submitted By:

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, County of San Bernardino; Justin Lopez