LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333; Fax: (818) 347-4118

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell (Bar No. 170409)
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850; Fax: (760) 952-1085
Email:  jim@talktoterrell.com

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner (Bar No. 229931)
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997; Fax: (760) 843-8155
Email:  sharonjbrunner@yahoo.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H. and H.H, in each case a minor, by and through their guardian *ad litem* Crystal Hanson, individually and as successor in interest to Shane Holland, deceased; C.H., a minor, by and through her guardian ad litem, Reymi Updike; individually and as successor in interest to Shane Holland, deceased, and PATRICIA HOLLAND, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; JUSTIN LOPEZ DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01028-JGB-SHK <br><br> *Assigned to*: <br> Hon Jesus G. Bernal <br> Hon. Magistrate Judge Shashi H. Kewalramani <br><br> **DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING CONCLUSION OF THE CALIFORNIA DEPARTMENT OF JUSTICE INVESTIGATION** <br><br> Date:   Jan. 8, 2024 <br> Time:   9:00 a.m. <br> Ctrm:  1 |

## <u>DECLARATION OF RENEE V. MASONGSONG</u>

1.     I am an attorney licensed to practice law in the United States District Court for the Central District of California.  I am one of the attorneys of record for the Plaintiffs in this action.  I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay.

2.     I am one of the attorneys currently handling the Central District matter *Garcia v. City of Tustin*, no. 8:22-cv-00131 SPG KES, which arises from the August 9, 2021 shooting of Luis Garcia.  The CA DOJ's website shows that the shooting of Luis Garcia has been "under investigation" for over 28 months now. (https://oag.ca.gov/ois-incidents/current-cases (BI-LA2021-00019)).

3.     In the *Garcia* matter, the parties proceeded with the shooting officer's deposition, notwithstanding the pending CA DOJ investigation, and no aspect of the *Garcia* civil case was stayed.

4.     The CA DOJ's website also shows that the July 26, 2021 shooting of Samuel Soto, as well as the August 7, 2021 shooting of Che Zuniga, are still under investigation more than 28 months after those shootings.  (https://oag.ca.gov/ois-incidents/current-cases (BI-RI2021-00023 and BI-RI2021-00024)).

5.     It is public information that the CA DOJ's investigation into the September 28, 2021 shooting of Brandon Lopez was not released until November 1, 2023.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 18th day of December 2023, at Woodland Hills, California.


_____*s/ Renee V. Masongsong*_____
Renee V. Masongsong