1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

| A.H., et al., | Case No. 5:23-cv-01028-JGB-SHK |
| Plaintiffs, | *Assigned to*: |
| | Hon. District Judge Jesus G. Bernal |
| v. | Hon. Mag. Judge Shashi H. Kewalramani |
| COUNTY OF SAN BERNARDINO, et al., | **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE THE LAST DAY TO CONDUCT A MEDIATION AND THE DISCOVERY DATES** |
| Defendants. | |

21
22 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

23      Having reviewed the Parties' Joint Stipulation to Continue the Last Day to
24 Conduct a Mediation and the Discovery Dates in this matter, and GOOD CAUSE
25 appearing therein, it is hereby ordered that the deadline to conduct a mediation and
26 the discovery dates are continued as follows:
27
28

-2-

| Event | Current Date | New Date |
|---|---|---|
| Last Day to Conduct a Mediation | 7/29/2024 | 9/20/2024 |
| Initial Expert Disclosures | 6/3/2024 | 7/12/2024 |
| Rebuttal Expert Disclosures | 6/17/2024 | 7/26/2024 |
| All Discovery Cutoff | 7/1/2024 | 8/23/2024 |

**IT IS SO ORDERED.**

DATED: _____

Hon. Jesus G. Bernal
United States District Court Judge