1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

A.H., et al.,

               Plaintiffs,

      v.

COUNTY OF SAN BERNARDINO, et al.,

               Defendants.

Case No. 5:23-cv-01028-JGB-SHK

**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO CONTINUE THE LAST DAY TO CONDUCT A MEDIATION AND THE DISCOVERY DATES**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     Having reviewed the Parties' Joint Stipulation to Continue the Last Day to Conduct a Mediation and the Discovery Dates in this matter, and GOOD CAUSE appearing therein, it is hereby ordered that the deadline to conduct a mediation and the discovery dates are continued as follows:

| Event | Current Date | New Date |
|---|---|---|
| Last Day to Conduct a Mediation | 7/29/2024 | 9/20/2024 |
| Initial Expert Disclosures | 6/3/2024 | 7/12/2024 |
| Rebuttal Expert Disclosures | 6/17/2024 | 7/26/2024 |
| All Discovery Cutoff | 7/1/2024 | 8/23/2024 |

**IT IS SO ORDERED.**

DATED: June 6, 2024

Hon. Jesus G. Bernal
United States District Court Judge