Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　Defendants. | Case No. 5:23-cv-01028-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED DISPOSITIVE MOTION; STIPULATION TO DISMISS CERTAIN CLAIMS** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs A.H. and H.H, in each case a minor, by and through their guardian *ad litem* Crystal Hanson, individually and as successor in interest to Shane Holland, deceased; CHLOE HOLLAND, individually and as successor in interest to Shane Holland, deceased, and PATRICIA HOLLAND, individually, and Defendants COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ ("the Parties"), by and through their respective attorneys of record, as follows:

1. The Parties have met and conferred regarding Defendants' anticipated motion for summary judgment. The meet and confer discussions began on July 24, 2024 via email and written correspondence and continued by phone call on August 2, 2024.

2. During the meet and confer process, the Parties have narrowed the issues to be raised in Defendants' motion for summary judgment, and the Parties also agreed to an extended briefing schedule.

3. Accordingly, the Parties stipulate and agree as follows: Plaintiffs shall dismiss the following claims asserted in their operative complaint: (1) Claim 1, Unreasonable Detention and Arrest (42 U.S.C. § 1983); (2) Claim 3, Denial of Medical Care (42 U.S.C. § 1983); (4) Claim 4, Municipal Liability – Inadequate Training (42 U.S.C. § 1983); (5) Claim 5, Municipal Liability – Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983).

4. The Parties also agree that Plaintiffs shall have two weeks to oppose Defendants' motion for summary judgment, and Defendants shall have two weeks thereafter to file any reply brief.  The Parties respectfully request a brief continuance of the last day for this Court to hear Defendants' motion to accommodate this extended briefing schedule.

5. The Parties stipulate that GOOD CAUSE exists for this Court to order the following briefing schedule, including because the Parties have a mediation scheduled in this case to take place on September 9, 2024, which could potentially result in the hearing coming off calendar:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day to Hear Dispositive Motions | September 9, 2024 | September 23, 2024 |
| Last Day to file a Reply Brief re: Dispositive Motion | August 26, 2024 | September 16, 2024 |
| Last Day to file an Opposition to a Dispositive Motion | August 19, 2024 | September 2, 2024 |
| Last Day to file a Dispositive Motion | August 12, 2024 | August 19, 2024 |

**IT IS SO STIPULATED.**

//

| | | |
|---|---|---|
| 1 | DATED: August 6, 2024 | **MANNING & KASS** |
| 2 | | **ELLROD, RAMIREZ, TRESTER LLP** |
| 3 | | By: */s/ Kayleigh Andersen* |
| | | Eugene P. Ramirez, Esq. |
| 4 | | Kayleigh A. Andersen, Esq. |
| | | Attorneys for Defendants, County of San |
| 5 | | Bernardino and Justin Lopez |
| 6 | | |
| 7 | DATED: August 6, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| 8 | | By: */s/ Renee V. Masongsong* |
| | | Dale K. Galipo, Esq. |
| 9 | | Renee V. Masongsong, Esq. |
| | | Attorneys for Plaintiffs |