UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01028-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER** |

　　Having reviewed the Joint Stipulation filed by the Parties, it is hereby ordered as follows:

1. The following of Plaintiffs' claims shall be dismissed: (1) Claim 1, Unreasonable Detention and Arrest (42 U.S.C. § 1983); (2) Claim 3, Denial of Medical Care (42 U.S.C. § 1983); (4) Claim 4, Municipal Liability – Inadequate Training (42 U.S.C. § 1983); (5) Claim 5, Municipal Liability – Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983).
2. Plaintiffs shall have two weeks to oppose Defendants' motion for summary judgment, and Defendants shall have two weeks thereafter to file any reply brief.  The briefing schedule shall be as follows:

| Event | Current Date | New Date |
|---|---|---|
| Last Day to Hear Dispositive Motions | September 9, 2024 | September 23, 2024 |
| Last Day to file a Reply Brief re: Dispositive Motion | August 26, 2024 | September 16, 2024 |
| Last Day to file an Opposition to a Dispositive Motion | August 19, 2024 | September 2, 2024 |
| Last Day to file a Dispositive Motion | August 12, 2024 | August 19, 2024 |

**IT IS SO ORDERED.**

DATED:                                          UNITED STATES DISTRICT COURT

_____

HON. JESUS G. BERNAL