**EXHIBIT B**

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   A.H., et al,

 5                 Plaintiffs

 6        vs.                         Case No.: 5:23-cv-01028-JGB-SHK

 7   COUNTY OF SAN BERNARDINO, JUSTIN
     LOPEZ, and DOES 1-10, inclusive,
 8
                   Defendants
 9   _____

10        AND ALL RELATED CROSS-ACTIONS.

11   _____

12

13            DEPOSITION OF KRISTOPHER HILLEBRAND

14                       June 25, 2024

15                         10:00 AM

16

17         REPORTED REMOTELY VIA TELECONFERENCE

18

19

20

21

22

23

24   REPORTED BY:
     ELIZABETH CHAE
25   CSR No. 14633
```

Page 2

```
 1    APPEARANCES:

 2    For Plaintiffs:

 3            LAW OFFICES OF DALE K. GALIPO
              BY: RENEE V. MASONGSONG
 4            21800 Burbank Boulevard
              Suite 310
 5            Woodland Hills, CA
              91367
 6            818.347.3333
              rvalentine@galipolaw.com
 7

 8    For Defendants:

 9            MANNING & KASS
              ELLROD, RAMIREZ, TRESTER, LLP
10            BY:  KAYLEIGH ANDERSON, ESQ.
              801 S. Figueroa Street
11            15th Floor
              Los Angeles, CA
12            90017
              kayleigh.andersen@manningkass.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   2005.  And I got out of active-duty service in 2011.
 2        Q.  And I imagine you went to the police academy at
 3   some point?
 4        A.  Yes, ma'am.
 5        Q.  And what year was that, if you recall?
 6        A.  That would have been in 2018.
 7        Q.  And I imagine you had some training with
 8   respect to the use of deadly force at the Academy?
 9        A.  Yes, ma'am.
10        Q.  And did you also generally have some training
11   with respect to police tactics at the Academy?
12        A.  Yes.
13        Q.  Do you recall the date or approximate date of
14   the incident that we're here to talk about today?
15        A.  I believe it was in June.
16        Q.  And do you recall what year approximately --
17   what year that was?
18        A.  2021.
19        Q.  And do you recall about what time of day it was
20   when you responded?
21        A.  It was early in the morning.  I think between
22   0200 and 0240 hours, if I remember correctly.
23        Q.  And were you in uniform on the date of this
24   incident?
25        A.  Yes.
```

Page 13

```
 1      A.   I believe it was put out as a traffic stop.
 2      Q.   And at that time was it your understanding that
 3   Deputy Lopez was responding to the incident?
 4      A.   It was my understanding that he initiated a
 5   traffic stop.
 6      Q.   Okay.  And at some point did you hear Deputy
 7   Lopez say something to the effect of, "one running"?
 8      A.   Yes.
 9      Q.   And is that something you heard over the radio?
10      A.   Yes.
11      Q.   And you were still in your vehicle at that
12   time?
13      A.   Yes, ma'am.
14      Q.   At some point did you assign yourself to this
15   call?
16      A.   Yes, ma'am.
17      Q.   And was there any specific reason that you
18   decided to respond to the call?
19      A.   Yes, ma'am.
20      Q.   And what was that reason?
21      A.   In order to provide assistance to my partner
22   because we ride in single man units.
23      Q.   Okay.  Was Deputy Lopez your assigned partner
24   on the date of the incident?
25      A.   No.  We don't really have assigned partners.
```

```
 1   what units are there and what units are en route.
 2        Q.   Okay.  Thank you for explaining.  At any point
 3   before you arrived on scene, did you either hear a radio
 4   broadcast or see a message on the computer screen
 5   indicating that any other officer was also responding to
 6   the incident?
 7        A.   I don't specifically remember if I saw other
 8   units.  Yeah, I don't remember.  I don't think I was
 9   paying attention if other units were responding.  I was
10   focused on responding there myself.
11        Q.   Okay.  And approximately how long did it take
12   you to get to the scene of the incident once you
13   assigned yourself to that call?
14        A.   I would estimate about 60 seconds.
15        Q.   Okay.  And at some point, did you hear Deputy
16   Lopez say over the radio that shots had been fired?
17        A.   Something to that effect, yes.
18        Q.   And do you recall how you received that
19   information?  Was it over the radio or was it on your
20   computer screen or both?
21        A.   I initially heard it over the radio, yes.
22        Q.   And when you heard that over the radio, were
23   you still in your vehicle traveling to the scene of the
24   incident?
25        A.   Yes.
```

1   Q.  And, just so I'm clear, did you hear Deputy
2   Lopez say something over the radio to the effect that
3   shots had been fired or did you actually hear shots
4   being fired on the radio?
5   A.  I heard Deputy Lopez say that shots had been
6   fired.  I did not hear any gunshots.
7   Q.  Okay.  That's what I figured.  I just want to
8   make sure I understood that correctly.
9   A.  Sure.
10  Q.  When you heard that communication over the
11  radio that shots had been fired, at that time, did you
12  have any understanding as to who had fired the shots?
13  A.  No.
14  Q.  And approximately how much time passed between
15  you hearing the communication that Deputy Lopez had one
16  running and you hearing the communication that shots had
17  been fired?
18  A.  Seconds.  I can't provide a really good
19  estimate on that.  It was a very short period of time.
20  Between when he said he was in a foot pursuit and the
21  first call of shots of fire came out was mere seconds.
22  Q.  Okay.  Before you arrived at the scene of the
23  incident, did you ever hear any information over the
24  radio that the subject had a gun?
25  A.  Not that I recall.

1    Q.  And what was the reason that you did that at
2    that time?
3    A.  Due to the nature of the call I was responding
4    to.
5    Q.  Did you say anything to Deputy Lopez when you
6    arrived?
7    A.  Yes, ma'am.
8    Q.  And what did you first say to Deputy Lopez when
9    you arrived?
10   A.  I don't remember the exact verbiage I used, but
11   it was something to the effect of, "Where's the gun or
12   is there a gun?"
13   Q.  Okay.  And what was the reason that you asked
14   him, "Is there a gun or where is the gun?"
15   A.  Due to the limited information that I had upon
16   arriving on scene.  I wanted to make sure that neither
17   one of us were in an imminent threat posed by somebody
18   who could have a gun still.
19   Q.  And before you asked Deputy Lopez, "Where's the
20   gun or is there a gun?"-- before you asked him that, did
21   you ever hear Deputy Lopez state that Mr. Holland had a
22   gun?
23   A.  I don't believe so.
24   Q.  When you were on scene, did Deputy Lopez ever
25   tell you that he saw a gun?

```
 1      A.   Not that I recall.
 2      Q.   When you were on scene, did Deputy Lopez ever
 3   tell say that he needed to find the gun?
 4      A.   Not that I remember.
 5      Q.   As far as you recall, when you were on scene,
 6   did Deputy Lopez ever tell anyone to look for a gun?  As
 7   far as whether you heard that?
 8      A.   I don't remember hearing that.
 9      Q.   When you were on scene, did you ever hear
10   Deputy Lopez say that Mr. Holland said he had a gun?
11      A.   That's not really a yes-or-no answer.  If I
12   could elaborate?
13      Q.   Sure.  What did Deputy Lopez say to you when
14   you were on scene after you asked him, "Where's the gun
15   or is there a gun?"
16      A.   So Deputy Lopez told me that Mr. Holland had
17   told him he was going to shoot him.  Meaning Mr. Holland
18   told Deputy Lopez that Mr. Holland was going to shoot
19   Deputy Lopez.
20      Q.   Okay.  Is that something that Deputy Lopez told
21   you in response to your question, "Where's the gun or is
22   there a gun?"
23      A.   I don't know if it was in response to it or if
24   it was just a spontaneous statement at the time.  It
25   could have been either.
```

```
 1      Q.  Okay.  And do you recall when you asked him,
 2   "Where's the gun or is there a gun?" he said, "I don't
 3   know" or words to that effect?
 4      A.  Yes.
 5      Q.  And so I understand you're telling me Deputy
 6   Lopez told you that Mr. Holland told him, "I'm going to
 7   shoot you," or words to that effect; is that correct?
 8      A.  Yes, ma'am.
 9      Q.  Did Deputy Lopez ever tell you that Mr. Holland
10   said, "I have a gun," or words to that effect?
11      A.  I don't remember him saying that.
12      Q.  When you were on scene, did Deputy Lopez ever
13   tell you that Mr. Holland took a shooting stance?
14      A.  No.  Me and Deputy Lopez didn't have much of a
15   conversation on scene.
16      Q.  Okay, understood.  And just one last question
17   on that point, when you were on scene, did Deputy Lopez
18   ever tell you that Mr. Holland turned toward him?
19      A.  I don't remember.
20      Q.  Okay.  Did you observe Deputy Lopez handcuff
21   Mr. Holland?
22      A.  Yes.
23      Q.  And did you assist with the handcuffing it all?
24      A.  I assisted with pulling security on the subject
25   while he was being handcuffed.
```

```
1        Q.   Okay.  Did you call for medical attention?
2        A.   So as I remember it, medical attention was
3   staged already and I called over the radio to notify
4   them it was clear for them to proceed into the scene.
5        Q.   Okay.  Prior to you calling medical to come
6   into the scene had you seen the medical vehicles or
7   anything like that on the scene?
8        A.   Have I ever seen them on--
9        Q.   -- no, I just mean when you first arrived at
10  this incident, did you notice that there was an
11  ambulance parked nearby or anything like that?
12       A.   No.  I arrived pretty quickly so I would have
13  arrived far before anybody else.
14       Q.   Okay.  Okay.  And if you're able to provide an
15  estimate, about how much time passed between you
16  arriving on the scene and parking your vehicle and
17  medical personnel contacting Mr. Holland?
18       A.   It's going to be a very loose estimate just
19  because this was a long time ago and I don't -- my sense
20  of time is not great in that situation, but my best
21  estimate would be approximately four minutes.
22       Q.   Okay, understood.  Did you observe some
23  physical injuries on Mr. Holland?
24       A.   Yes.
25       Q.   Can you describe the injuries that you
```

1  observed?
2      A.  Sure.  The injury that was noticeable to me was
3  a hole near the top of his head.
4      Q.  Did you observe some blood on Mr. Holland?
5      A.  Yes.
6      Q.  Did you hear Mr. Holland say anything at any
7  point when you were on scene?
8      A.  No.
9      Q.  Could you hear Mr. Holland making any noises at
10 any point when you were on scene?
11     A.  Yes.
12     Q.  And can you describe what you heard?
13     A.  I can best describe it as maybe two to three
14 bursts of agonal breathing.
15     Q.  And did those breaths take place over a period
16 of -- was it approximately 30 seconds?
17     A.  That's really hard to estimate accurately, but
18 that sounds right.
19     Q.  I think that was something I saw your
20 statement.  I don't want to put words in your mouth but
21 I was wondering if that was the time estimate.
22     A.  That sounds right.
23     Q.  ==Did you or some other deputies search==
24 ==Mr. Holland at some point?==
25     ==A.  Yes.==

1  Q. And who was that, if you know?

2  A. I had visually searched his front waistband

3  once he was rolled over. And another deputy had

4  searched everywhere else basically. I don't remember

5  which deputy it was.

6  Q. Based on your observations, was Mr. Holland

7  taking those breaths that you described while he was

8  being searched?

9  A. I don't remember.

10 Q. At some point did they flip Mr. Holland over

11 onto his back?

12 A. Yes.

13 Q. And you told me you observed a wound to the

14 head. Did you also observe what appeared to be skull

15 fragments?

16 A. Yes.

17 Q. Did you hear at some point an EMT or paramedic

18 pronounce Mr. Holland dead?

19 A. I heard him pronounced dead. I don't remember

20 if it was directly from the EMT or if it was me hearing

21 it put out over the radio. I don't remember which one

22 it would be.

23 Q. Okay. And just an estimate, if you're able to

24 provide one, how much time passed between you hearing --

25 sorry, how much time passed between you first seeing a

Page 29

```
 1   paramedic approach Mr. Holland and hearing the
 2   communication that Mr. Holland was dead?
 3        A.   Again, that's another tough one to gauge
 4   accurately, but my best -- this one would be a guess.
 5   I'd say about a minute.
 6        Q.   Okay.  And putting it another way, did you
 7   observe some medical treatment being provided to
 8   Mr. Holland?
 9        A.   By EMS or by deputies?
10        Q.   By anybody.
11        A.   I observed Sergeant Rios removing medical
12   supplies, from what I understood, in order to treat him.
13   But I didn't directly observe any medical treatment.
14        Q.   Okay.  So in other words after the paramedics
15   approached, you didn't stand there and watch what they
16   were doing?
17        A.   No.
18        Q.   Okay, got it.  And you mentioned Rios removing
19   a medical kit; is that right?
20        A.   Yes, ma'am.
21        Q.   Do you know whether Deputy Lopez, if you know,
22   ever provided any medical treatment to Mr. Holland?
23        A.   I'm not sure.
24        Q.   I asked you earlier about Mr. Holland being
25   searched.  Did you observe anyone searching him other
```

1   STATE OF CALIFORNIA        )

2           I, ELIZABETH CHAE, Certified Shorthand Reporter,

3   in and for the State of California, Certificate No. 14633,

4   do hereby certify:

5           That prior to being examined, the witness named

6   in the foregoing deposition was by me first duly sworn to

7   testify to the truth, the whole truth, and nothing but the

8   truth.

9            That said deposition was taken before me at the

10  time and place therein set forth and were taken down by me

11  in shorthand and thereafter transcribed into typewriting

12  under my direction and supervision.

13          I further certify that I am neither counsel for,

14  nor related to, any party to said action, nor in any way

15  interested in the outcome thereof.

16          In witness whereof, I have hereunto subscribed
    my name.
17

18  Dated: June 25, 2024

19

20  *[signature: Elizabeth Chae]*

21  _____
    ELIZABETH CHAE
22  CSR No. 14633

23

24

25