Video details - Manning Kass
https://www.manningkass.com/manning/index.cfm/newsroom/video-details/?pkid=2559

# EXHIBIT C