**EXHIBIT D**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11    CA DOJ CASE #BI-LA2022-00020
12    Matter - LOPEZ, JUSTIN
13    Interview of Robert HANSON (witness)
14    SBSD HOMICIDE CASE# 2022-075
15    SBSD DR#: 072201457
16    June 21, 2022
17
18
19
20
21
22
23
24
25
                                                     Page 1
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER       COSB 000204

```
 1   needed to go to San Manuel Casino to help his
 2   girlfriend out.
 3            So we got the truck ready, my vehicle.
 4   We you know, put fuel in it, checked the oil, did
 5   the oil, then put a quart of oil in it and just
 6   got the vehicle ready to go.  And we proceeded to
 7   go to -- we were going to take off and go.
 8            Anyway, so we were going down the road,
 9   and I'm driving.  And Shane's playing his little
10   video games on his phone, and we come to Adelanto
11   here, and we -- just cruising through and I get
12   red-lighted.  The lights come on, you know, a cop
13   is behind me, lights us up.  And we pull over, and
14   the cop comes up to the door, and of course he's
15   on the passenger side, and he asks for you know,
16   the usual stuff.  And I told him that I'd lost my
17   wallet about three weeks ago or so.
18            And then I gave him my -- he asked for
19   my information, and I gave him you know, my name
20   and stuff.  And then he asked Shane his stuff, and
21   Shane gave him somebody else's name, a false name,
22   and the officer was writing it down and stuff,
23   wrote down Shane's stuff, what Shane said, you
24   know.  And then the officer said "Okay, you
25
```

```
 1   know, I'll go and check this out," you know, our
 2   names and stuff.  And he went back to his car,
 3   and Shane had given him somebody else's name.
 4           I forget whose name it was, but I said
 5   "Shane, what are you doing?"
 6           And he said "I got warrants out.  I'll
 7   go to jail for a long time."
 8           And I said "Shane," I said "You can't
 9   be doing that anyway."
10           He says "I'll go to jail for a long
11   time.  I'm going to run.  Would you take off too
12   so the cops will chase you?"
13           And I said "No, I'm not."  I said "You
14   shouldn't run either.  You should just tell the
15   truth.  Tell the officer," you know.
16           He goes "No, I'll go to jail for a long
17   time if I get arrested."
18           And I said "Well, you know," and I said
19   something about to the effect you know, sometimes
20   you just got to you know, do what's good.  I
21   mean, you got to stand up for -- do what you're
22   supposed to be doing, you know.  Do the right
23   thing.
24           And he says "No, I'll go to jail for a
25   long time."
```

```
 1              And I said "Well," I said "I'm not
 2   going to do anything -- I'm not going to do
 3   anything that's going to get me in trouble."
 4              And he says, "I'm going to run."
 5              And I said, "Don't do it."  I said,
 6   "Don't run."
 7              He says, "I'm going to."  And he opened
 8   up the door, and he took off running.  And the
 9   officer proceeded to chase him, and I just sat
10   there.  I didn't know what to do.  I just sat
11   there, and they were on -- ran off, and I heard
12   the cop saying "Stop, stop!"
13              And Shane just kept running, and he
14   ran, I don't know, for a long ways.  And I just
15   sat there because I knew.  And more cops started
16   coming in, and I knew you know, just to sit still
17   and wait for the cops to come.  And I was
18   basically -- and the cops came, and here I am.
19              SPECIAL AGENT JON GENENS:  Okay, we're
20   both going to have questions for you.  I'm going
21   to let Detective Drost ask his questions, and I'll
22   follow up.
23              ROBERT HANSON: Okay?
24              DETECTIVE CORY DROST:  So we're going to
25   bounce around a little bit, okay?
             ROBERT HANSON:  That's fine.
                                              Page 10
```

```
 1                C E R T I F I C A T I O N
 2
 3    On July 12, 2022, I Special Agent Jon
 4    Genens, received this interview transcript,
 5    typed by Sonya Ledanski Hyde, from Veritext
 6    Legal Solutions. I subsequently listened to
 7    the audio of the interview while I read the
 8    transcript at the same time.  I corrected
 9    any errors I found.  On July 14, 2022, I
10    completed my review of the transcript and
11    certify that the foregoing transcript is a
12    true and accurate record of the interview.
13
14
15
         Jon Genens, Special Agent
16       7/14/2022
17
18
19
20
21
22
23
24
25
                                              Page 98
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER    COSB 000301