**EXHIBIT F**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13              California Department of Justice
14                    JUSTIN LOPEZ RECORDING
15
16
17
18
19
20
21
22
23
24
25
                                                          Page 1
```

```
 1          DEPUTY JUSTIN LOPEZ:  How you guys
 2   doing?  Deputy Lopez with the Sheriff's
 3   department.  I pulled you over because I read
 4   your license plate.  There's no reflective
 5   coating on it.
 6          ROBERT HANSON:  No reflective coating?
 7          DEPUTY JUSTIN LOPEZ:  Yeah.  It's like
 8   scratched off.
 9          ROBERT HANSON:  Oh.
10          DEPUTY JUSTIN LOPEZ:  Do you have
11   license and registration on you?
12          ROBERT HANSON:  No.  My wallet is
13   (indiscernible).
14          DEPUTY JUSTIN LOPEZ:  Okay.  Are you --
15   are any of you on probation or parole?  No?  Do
16   you have registration inside the vehicle?
17          ROBERT HANSON:  No, I don't.  I mean, I
18   had the pink slip to it in my wallet but my
19   wallet is still in (indiscernible).
20          DEPUTY JUSTIN LOPEZ:  Are you licensed
21   to drive?
22          ROBERT HANSON:  Yes.  I've got a
23   (indiscernible) driver's license.
24          DEPUTY JUSTIN LOPEZ:  Where you guys
25   coming from?
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COSB 000168

```
 1          ROBERT HANSON:  I'm coming from Gorman
 2   and I'm going down to San Manuel.
 3          DEPUTY JUSTIN LOPEZ:  Where do you
 4   live?
 5          ROBERT HANSON:  I live in Gorman.
 6          DEPUTY JUSTIN LOPEZ:  Just passing
 7   through?
 8          ROBERT HANSON:  Yes.
 9          DEPUTY JUSTIN LOPEZ:  Do you have an ID
10   on you, man?
11          ANDREW ATKINS:  I don't, no.
12          DEPUTY JUSTIN LOPEZ:  No?  What's your
13   first name, sir?
14          ROBERT HANSON:  My name's Robert,
15   Robert Hanson.
16          DEPUTY JUSTIN LOPEZ:  What's the last
17   name?
18          ROBERT HANSON:  Hanson.  H-A-N-S-O-N.
19          DEPUTY JUSTIN LOPEZ:  Birthday?
20          ROBERT HANSON:  1/30/57.
21          DEPUTY JUSTIN LOPEZ:  What's your first
22   name, sir?
23          ANDREW ATKINS:  My name's Andy --
24          DEPUTY JUSTIN LOPEZ:  Andy?
25          ANDREW ATKINS:  Andrew.
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COSB 000169

```
 1              DEPUTY JUSTIN LOPEZ:  Andrew.  Your
 2   last name?
 3              ANDREW ATKINS:  Atkins.
 4              DEPUTY JUSTIN LOPEZ:  Atkins?  What's
 5   your birthday?
 6              ANDREW ATKINS:  It's May 31st, 1987.
 7              DEPUTY JUSTIN LOPEZ:  '87?
 8              ANDREW ATKINS:  Yes, sir.
 9              DEPUTY JUSTIN LOPEZ:  All right.  And
10   you said you don't have registration or proof of
11   insurance inside the car?
12              ROBERT HANSON:  No, I don't.
13              DEPUTY JUSTIN LOPEZ:  Okay.  Do you
14   guys have anything illegal in the car?
15              ROBERT HANSON:  No, sir.
16              DEPUTY JUSTIN LOPEZ:  Okay.  Just me a
17   second and I'll be right back.  All right?
18              24-Robert, (indiscernible).  First will
19   be a WMA, last of Hanson, Henry, Adam, Lois, Sam,
20   Ocean, Laura.  First one, Robert, common
21   spelling.  Date of birth, 11/30/1957 -- 5-7.
22   Break.  Another WMA.  Last of Atkins, Adam, Tom,
23   King, Ida, Nora, Sam.  First of Andrew.  Date of
24   birth, 05/31/1987 -- 8-7.
25              Hey, stay in the car, man.  Hey.  24-
```

Page 4

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COSB 000170

```
 1   Robert, 11.  I've got one running.
 2   (Indiscernible).
 3            Get on the fucking ground.  Oh.  No --
 4   hey.  Let me see your hands.  Let me see your
 5   hands.  Let me see your hands.  Let me see your
 6   hands.  Atkins, let me see your fucking hands.
 7   Let me see them.  Let me see your hands.
 8   (Indiscernible) you're fucking waistband.
 9   Atkins, let me see your hands.
10            (Indiscernible).  Let me see your
11   hands.  Atkins, let me see your fucking hands.
12            (Indiscernible) on Cactus.
13            Let me see your hands.  Let me see your
14   fucking hands.
15            ANDREW ATKINS:  I will shoot.  I will
16   shoot.  I will shoot.
17            DEPUTY JUSTIN LOPEZ:  Let me see your
18   fucking hands.
19            ANDREW ATKINS:  I will fucking shoot
20   you.
21            DEPUTY JUSTIN LOPEZ:  Atkins, let me
22   see your fucking hands.  Let me see your hands.
23            ANDREW ATKINS:  I will shoot.
24            DEPUTY JUSTIN LOPEZ:  Atkins, let me
25   see your hands.
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER   COSB 000171

```
 1              ANDREW ATKINS:  I will shoot.  I will
 2   shoot.
 3              DEPUTY JUSTIN LOPEZ:  Let me see your
 4   fucking hands.
 5              ANDREW ATKINS:  I will shoot.
 6              DEPUTY JUSTIN LOPEZ:  Let me see your
 7   hands, Atkins.
 8              ANDREW ATKINS:  I will shoot you.
 9              DEPUTY JUSTIN LOPEZ:  Atkins, let me
10   your fucking hands.
11              ANDREW ATKINS:  I will shoot you.
12   (Indiscernible) --
13              (Gunshots)
14              DEPUTY JUSTIN LOPEZ:  24-Robert, 11.
15   Shots fired.  Roll meds.  Let me see your hands,
16   Atkins.  Let me see your hands.  Atkins, put your
17   hands behind your back.  Let me see your hands.
18   Atkins, put your hands behind your back.
19              24-Robert, 11, shots fired.  I got one
20   down.  And I still have one inside in the
21   suspect's vehicle, right on the corner of the
22   bingo hall.  It's Cactus, just west of 395.
23              MAN 1:  You all right?
24              DEPUTY JUSTIN LOPEZ:  I'm good.
25              MAN 1:  Where's the gun?  Do we have a
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER     COSB 000172

```
 1    gun?
 2            DEPUTY JUSTIN LOPEZ:  I don't know.  He
 3    said he's going to shoot me.  (Indiscernible)
 4    cuff him.
 5            MAN 1:  I got him.  (Indiscernible).
 6            DEPUTY JUSTIN LOPEZ:  Hey, when you get
 7    a minute, can you -- hey, sarge?
 8            MAN 1:  What?
 9            DEPUTY JUSTIN LOPEZ:  You got a med
10    kit?
11            MAN 1:  Yeah.
12            DEPUTY JUSTIN LOPEZ:  Can you start
13    first aid over there.
14            MAN 1:  (Indiscernible) --
15            DEPUTY JUSTIN LOPEZ:  All right.
16            MAN 1:  What's (indiscernible) --
17            DEPUTY JUSTIN LOPEZ:  (Indiscernible),
18    for sure.  Yeah.  Go (indiscernible) and charge
19    (indiscernible).
20            MAN 1:  Yep, yep, yep.
21            DEPUTY JUSTIN LOPEZ:  24-Robert, 11.
22    Can I get the extra (indiscernible) unit to go to
23    my unit on 395 to (indiscernible) Cactus, make
24    sure it's secure, and get the other subject
25    that's in the car?  You got extras, sarge?
```

Page 7

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COSB 000173

```
 1                C E R T I F I C A T I O N
 2
 3     I, Sonya Ledanski Hyde, certify that the
 4     foregoing transcript is a true and accurate
 5     record of the proceedings.
 6
 7
 8     [Signature: Sonya M. Ledanski Hyde]
 9
10
11     Veritext Legal Solutions
12     330 Old Country Road
13     Suite 300
14     Mineola, NY 11501
15
16     Date:    July 29, 2022
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COSB 000176