Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H. and H.H., in each case a minor, by and through their guardian ad litem Crystal Hanson, individually and as successor in interest to Shane Holland, deceased; C.H., a minor, by and through her guardian ad litem, Reymi Updike; individually and as successor in interest to Shane Holland, deceased, and PATRICIA HOLLAND, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; JUSTIN LOPEZ, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 5:23-CV-01028 JGB-SHK<br><br>*[Honorable Sunshine Jesus G. Bernal, Magistrate Judge, Shashi H. Kewalramani]*<br><br>**DECLARATION OF SERGEANT ANTHONY SCALISE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>***Filed concurrently with:***<br>1. *Notice of Motion and Motion;*<br>2. *Statement of Uncontroverted Facts;*<br>3. *Declaration of Kayleigh Andersen; and*<br>4. *[Proposed] Order*<br><br>Date:    September 9, 2024<br>Time:   9:00 a.m.<br>Crtrm.: Courtroom 1<br><br>*Action Filed:        06/02/2023* |

1
**DECLARATION OF SERGEANT ANTHONY SCALISE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# DECLARATION OF SERGEANT ANTHONY SCALISE

I, Sergeant Anthony Scalise, declare as follows:

1. I am employed as a Sergeant for the San Bernardino County Sheriff's Department ("SBSD"). I am currently assigned to the Civil Liabilities Division. I have personal knowledge of the matters set forth herein below and if called upon to testify, I will competently testify thereto.

2. In my capacity as a Sergeant in the Civil Liabilities Division, I serve as a custodian of records for San Bernardino County. As such, I am familiar with the policies and procedures for maintaining case-related documents and files.

3. San Bernardino County is in possession of and has maintained the following files, which include audio, video, and investigation materials, and are attached hereto as the following exhibits:

4. Attached hereto as Exhibit "C" is a true and correct copy of Robert Hanson's Witness Interview by the San Bernardino County Sheriff's Department and California Department of Justice on June 21, 2022, which was audio recorded ("Hanson Interview Audio") from the subject incident, which was produced in this case.

5. Attached hereto as Exhibit "D" is a true and correct copy of the certified transcription of Robert Hanson's Witness Interview by the San Bernardino County Sheriff's Department and California Department of Justice on June 21, 2022 which was audio recorded ("Hanson Interview Transcript") from the subject incident, which was produced in this case.

6. Attached hereto as Exhibit "E" is a true and correct copy of Deputy Justin Lopez' belt recording ("Lopez Audio") from the subject incident, which was produced in this case.

7. Attached hereto as Exhibit "F" is a true and correct copy of the certified transcript of Deputy Justin Lopez' belt recording ("Lopez Transcript") from the subject incident, which was produced in this case.

2

**DECLARATION OF SERGEANT ANTHONY SCALISE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on August 6, 2024, at San Bernardino, California.

*Anthony Scalise*
Sergeant Anthony Scalise

3
**DECLARATION OF SERGEANT ANTHONY SCALISE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**