# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H. and H.H., in each case a minor, by and through their guardian ad litem Crystal Hanson, individually and as successor in interest to Shane Holland, deceased; C.H., a minor, by and through her guardian ad litem, Reymi Updike; individually and as successor in interest to Shane Holland, deceased, and PATRICIA HOLLAND, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; JUSTIN LOPEZ, and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 5:23-CV-01028 JGB-SHK<br><br>*[Honorable Sunshine Jesus G. Bernal, Magistrate Judge, Shashi H. Kewalramani]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with:*<br>1. Notice of Motion and Motion;<br>2. Statement of Uncontroverted Facts;<br>3. Declaration of Kayleigh Andersen; and<br>4. Declaration of Sergeant Anthony Scalise<br><br>Date: September 9, 2024<br>Time: 9:00 a.m.<br>Crtrm.: Courtroom 1<br><br>*Action Filed:*   06/02/2023 |

1

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants County of San Bernardino ("County") and Deputy Justin Lopez ("Deputy Lopez") (collectively "Defendants") motion for summary judgment or, in the alternative, summary adjudication of issues came before the Court on regular notice at the above-stated date and time. After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

1. The Court hereby **GRANTS** Defendants' Motion for Summary Judgment, in its entirety.

2. The Court hereby finds that Defendants have met their burden under Federal Rule of Civil Procedure 56 of establishing that there are no genuine issues of material fact pertaining to plaintiffs' operative claims.

3. The Court hereby finds and rules that Defendant Deputy Lopez is entitled to judgment on plaintiffs' second cause of action for excessive force under 42 U.S.C. § 1983 because there is no triable issue of fact;

4. The Court hereby finds and rules that Defendant Deputy Lopez is entitled to judgment on plaintiffs' fourth cause of action for substantive due process/interference with familial relationship under 42 U.S.C. § 1983 because there is no triable issue of fact;

5. The Court hereby finds and rules that Defendant Deputy Lopez is Entitled to Qualified Immunity for each of plaintiffs' Federal Claims;

6. The Court hereby finds and rules that Defendant Deputy Lopez is entitled to judgment on plaintiffs' seventh cause of action for battery - wrongful death because there is no triable issue of fact;

7. The Court hereby finds and rules that Defendant Deputy Lopez is entitled to judgment on plaintiffs' eighth cause of action for negligence - wrongful death because there is no triable issue of fact;

8. The Court hereby finds and rules that Defendant Deputy Lopez is entitled to judgment on plaintiffs' ninth cause of action for violation of the Bane Act because

there is no triable issue of fact;

9. The Court hereby finds and rules that Defendant County of San Bernardino is entitled to judgment for each of plaintiffs' state law claims, as the County's liability hinges on the liability of Defendant Deputy Lopez;

10. The Court hereby finds and rules that Defendant Deputy Lopez is entitled to judgment on plaintiffs' claim for punitive damages because there is no evidence that they acted with malice, oppression, or reckless disregard for Soria's rights during the incident.

11. Accordingly, the Court hereby Orders, Adjudges, and Decrees that **Judgment is entered in favor of Defendants County of San Bernardino and Defendant Deputy Lopez on all of plaintiffs' claims in this action**, and that plaintiffs shall recover nothing from Defendants.

IT IS SO ORDERED.

Dated: _____

Hon. Jesus G Bernal
Judge, United States District Court

Submitted By:

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor,
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ