LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Renee Masongsong, Esq. (SBN 281819)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118
E-mail: dalekgalipo@yahoo.com; rvalentine@galipolaw.com

Attorneys for Plaintiffs, A.H., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ,<br><br>             Defendants. | Case No.: 5:23-cv-01028-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     September 23, 2024<br>Time:    9:00 a.m.<br>Crtrm:   Courtroom 1<br>             3470 Twelfth St.<br>             Riverside, CA 92501<br><br>[*Filed concurrently with Plaintiffs' Exhibits; Plaintiffs' Memorandum of Points and Authorities; Response to Defendants' Statement of Genuine Disputes of Material Fact and Declaration of Roger A. Clark*] |

-1-
Declaration of Renee V. Masongsong in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs A.H., H.H., C.H., and Patricia Holland. I make this declaration in support of the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as **Exhibit "1"** is a true and correct copy of the relevant portions of the Deposition of Justin Lopez, as taken on April 11, 2024.

3. Attached hereto as **Exhibit "2"** is a true and correct copy of the relevant portions of the Deposition of Kristopher Hillebrand, as taken on June 25, 2024.

4. Attached hereto as **Exhibit "3"** is a true and correct copy of the relevant portions of the Deposition of Mark Rios, as taken on June 25, 2024.

5. Attached hereto as **Exhibit "4"** is a true and correct copy of the relevant portions of the Deposition of Phillip L. Sanchez, as taken on August 21, 2024.

6. Attached hereto as **Exhibit "5"** is a true and correct copy of relevant portions of the transcript of Justin Lopez's belt recording, which Defendants have also filed as their "Exhibit F" in support of their Motion for Summary judgment.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on August 30, 2024.

*s/ Renee V. Masongsong*
Renee V. Masongsong