# EXHIBIT 5

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13            California Department of Justice
14                 JUSTIN LOPEZ RECORDING
15
16
17
18
19
20
21
22
23
24
25
                                              Page 1
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COSB 000167

```
 1            ANDREW ATKINS:  I will shoot.  I will
 2   shoot.
 3            DEPUTY JUSTIN LOPEZ:  Let me see your
 4   fucking hands.
 5            ANDREW ATKINS:  I will shoot.
 6            DEPUTY JUSTIN LOPEZ:  Let me see your
 7   hands, Atkins.
 8            ANDREW ATKINS:  I will shoot you.
 9            DEPUTY JUSTIN LOPEZ:  Atkins, let me
10   your fucking hands.
11            ANDREW ATKINS:  I will shoot you.
12   (Indiscernible) --
13            (Gunshots)
14            DEPUTY JUSTIN LOPEZ:  24-Robert, 11.
15   Shots fired.  Roll meds.  Let me see your hands,
16   Atkins.  Let me see your hands.  Atkins, put your
17   hands behind your back.  Let me see your hands.
18   Atkins, put your hands behind your back.
19            24-Robert, 11, shots fired.  I got one
20   down.  And I still have one inside in the
21   suspect's vehicle, right on the corner of the
22   bingo hall.  It's Cactus, just west of 395.
23            MAN 1:  You all right?
24            DEPUTY JUSTIN LOPEZ:  I'm good.
25            MAN 1:  Where's the gun?  Do we have a
```

Page 6

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER    COSB 000172

```
 1   gun?
 2             DEPUTY JUSTIN LOPEZ:  I don't know.  He
 3   said he's going to shoot me.  (Indiscernible)
 4   cuff him.
 5             MAN 1:  I got him.  (Indiscernible).
 6             DEPUTY JUSTIN LOPEZ:  Hey, when you get
 7   a minute, can you -- hey, sarge?
 8             MAN 1:  What?
 9             DEPUTY JUSTIN LOPEZ:  You got a med
10   kit?
11             MAN 1:  Yeah.
12             DEPUTY JUSTIN LOPEZ:  Can you start
13   first aid over there.
14             MAN 1:  (Indiscernible) --
15             DEPUTY JUSTIN LOPEZ:  All right.
16             MAN 1:  What's (indiscernible) --
17             DEPUTY JUSTIN LOPEZ:  (Indiscernible),
18   for sure.  Yeah.  Go (indiscernible) and charge
19   (indiscernible).
20             MAN 1:  Yep, yep, yep.
21             DEPUTY JUSTIN LOPEZ:  24-Robert, 11.
22   Can I get the extra (indiscernible) unit to go to
23   my unit on 395 to (indiscernible) Cactus, make
24   sure it's secure, and get the other subject
25   that's in the car?  You got extras, sarge?
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COSB 000173

```
 1             MAN 1:  Here.  It's right here.
 2   (Indiscernible).  Roll him.
 3             DEPUTY JUSTIN LOPEZ:  Want him on his
 4   back?
 5             MAN 1:  It looks clear right here.  I
 6   don't see (indiscernible).  He's definitely got a
 7   head wound.  Right up here.  Yeah, he's
 8   definitely got a head wound right there.  Well,
 9   he's breathing.  Well, he was a second ago.
10   Check on a pulse, please.  You got
11   (indiscernible)?
12             MAN 2:  (Indiscernible) he was
13   breathing.
14             MAN 1:  He's got one for sure on the
15   top of the head.
16             DEPUTY JUSTIN LOPEZ:  I can't see
17   anything on the chest.  Definitely a lot of blood
18   on the chest.
19             MAN 1:  Yeah.  I can see --
20             MAN 2:  I can see his skull.
21             MAN 1:  Where is it?
22             MAN 2:  I'm looking for it now.
23             MAN 1:  Oh.
24             MAN 2:  Now.
25             MAN 1:  Yeah.
```

Page 8

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER     COSB 000174

```
 1              MAN 2:   Now.   Gun.
 2          DEPUTY JUSTIN LOPEZ:   Sarge?
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 9
```

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COSB 000175

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certify that the
 4    foregoing transcript is a true and accurate
 5    record of the proceedings.
 6
 7
 8           [Signature: Sonya M. Ledanski Hyde]
 9
10
11    Veritext Legal Solutions
12    330 Old Country Road
13    Suite 300
14    Mineola, NY 11501
15
16    Date:   July 29, 2022
```

Page 10

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER        COSB 000176