LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Attorneys for Plaintiffs, A.H., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ,<br><br>  Defendants. | Case No.: 5:23-cv-01028-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**PLAINTIFFS' CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 11-6.2** |

**TO THIS HONORABLE COURT, AND DEFENDANTS THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiffs' counsel Renee V. Masongsong hereby certifies that Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment (Dkt. 37) contains 6,990 words, which complies with the word limit of Local Rule 11-6.1.

DATED:                       LAW OFFICES OF DALE K. GALIPO

                      By:     *s/ Renee V. Masongsong*
                             Renee V. Masongsong
                             Attorney for Plaintiffs, *A.H., et al.*