# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case Number: 5:23-cv-01028-JGB-SHKx <br><br> Assigned to: <br> Hon. Jesus G. Bernal <br> Hon. Shashi H. Kewalramani <br><br> **ORDER VACATING ALL DATES** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the parties' Notice of Conditional Settlement and Joint Request to Vacate All Dates, it is hereby ordered as follows:

All dates and deadlines, including the September 23, 2024, hearing on the motion for summary judgment and the pretrial and trial dates, are hereby vacated pending approval of the proposed settlement. The Parties shall file a status report or stipulation for dismissal of this action no later than December 17, 2024.

In the event that the proposed settlement is not approved, then the Parties' status report shall include proposed dates for the pretrial and trial dates to be reset, including a new date for Defendants' motion for summary judgment to be heard. If the proposed settlement is not approved and the hearing on the motion for summary judgment is reset, then the hearing on the motion for summary judgment shall be based on the briefing currently on file (Dkt. Nos. 35, 37, 39).

IT IS SO ORDERED.

DATED: September 19, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE