Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

Eugene P. Ramirez (State Bar No. 134865)
eugene.ramirez@manningkass.com
Kayleigh Andersen (State Bar No. 306442)
kayleigh.andersen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017-3012

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>             Defendants. | Case No. 5:23-cv-01028-JGB-SHK<br><br>*Assigned to*:<br>Hon. District Judge Jesus G. Bernal<br>Hon. Mag. Judge Shashi H. Kewalramani<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND REQUEST TO CONTINUE THE LAST DAY TO FILE THE STIPULATION TO DISMISS THE CASE** |

**TO THIS HONORABLE COURT:**

Plaintiffs A.H. and H.H, in each case a minor, by and through their guardian *ad litem* Crystal Hanson, CHLOE HOLLAND, and PATRICIA HOLLAND, individually, and Defendants COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ ("the Parties"), by and through their respective attorneys of record hereby submit the following joint status report regarding the settlement of this matter.

1. On December 16, 2024, this Court granted Plaintiffs' Minor's

1. Compromise Petition. (Dkt. No. 44).
2. Defendants anticipate funding the minor plaintiff's annuity accounts and transmitting the remaining funds to Plaintiffs' counsel within approximately two weeks.
3. Plaintiffs' counsel anticipates that it will take approximately 10 days after receipt of the check for the check to clear the bank.
4. Based on the foregoing, the Parties respectfully request that this Court continue the deadline to file a stipulation to dismiss the case to January 17, 2025, to allow the Parties to fully consummate the settlement.
5. The Parties shall file a stipulation to dismiss the entire case after the check made payable to Pacific Life & Annuity Services is received by Plaintiffs' settlement broker and after the check made payable to "Law Offices of Dale K. Galipo, Client Trust Account" has cleared the bank.
6. GOOD CAUSE exists for this request because the Parties are working together to consummate the settlement.

IT IS SO STIPULATED.

Respectfully submitted.

DATED: December 17, 2024

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____*s/ Kayleigh A. Andersen*_____
Eugene P. Ramirez, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants

DATED: December 17, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.
Attorneys for Plaintiffs