# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| A.H., et al., | Case No. 5:23-cv-01028-JGB-SHK |
|---|---|
| Plaintiffs, | *Assigned to*: Hon. District Judge Jesus G. Bernal |
| v. | Hon. Mag. Judge Shashi H. Kewalramani |
| COUNTY OF SAN BERNARDINO, et al., | **[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO CONTINUE THE LAST DAY TO FILE THE STIPULATION TO DISMISS THE CASE** |
| Defendants. | |

Having reviewed the Parties' Joint Status Report re: Settlement and Request to Continue the Last Day to File the Stipulation to Dismiss the Case, and GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the last day to file the stipulation to dismiss the case is continued to January 17, 2025.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Jesus G. Bernal
United States District Court