Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

Eugene P. Ramirez (State Bar No. 134865)
eugene.ramirez@manningkass.com
Kayleigh Andersen (State Bar No. 306442)
kayleigh.andersen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017-3012

*Attorneys for Defendants*, County of San Bernardino, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case Number: 5:23-cv-01028-JGB-SHK <br><br> Assigned to: <br> *Hon. Jesus G. Bernal* <br> *Hon. Kenly Kiya Kato* <br><br> **JOINT STIPULATION FOR DISMISSAL** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs A.H. and H.H, in each case a minor, by and through their guardian *ad litem* Crystal Hanson, CHLOE HOLLAND, and PATRICIA HOLLAND, and Defendants COUNTY OF SAN BERNARDINO and JUSTIN LOPEZ, by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

Respectfully submitted.

DATED: January 14, 2025         **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**

                                By:  */s/ Kayleigh A. Andersen*
                                     Eugene P. Ramirez, Esq.
                                     Kayleigh A. Andersen, Esq.
                                     Attorneys for Defendants

DATED: January 14, 2025         **LAW OFFICES OF DALE K. GALIPO**

                                By:  *s/ Renee V. Masongsong*
                                     Dale K. Galipo, Esq.
                                     Renee V. Masongsong, Esq.
                                     Attorneys for Plaintiffs